Steven A. Kraemer, OSB No. 88247
E-mail:       sak@hhw.com
HOFFMAN, HART & WAGNER, LLP
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone:    (503) 222-4499
Facsimile:    (503) 222-2301

FILED'08 MAY 15 14:34 USDC-ORP

<u>Of Attorneys for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MANUEL DE JESUS TORRES,

        Plaintiff,

        v.

CHARLES ASHEIM and CITY OF TUALATIN,

        Defendants.

No. CV-07-0535-HU

STIPULATED ORDER OF DISMISSAL

Counsel having informed the Court that both parties desire dismissal of this action,

This action is dismissed with prejudice and without costs, disbursement or attorney fees to any party.

DATED this 15th day of May, 2008.

_____
Magistrate Judge Dennis J. Hubel

Submitted by:

<u>/s/ Steven A. Kraemer</u>
Steven A. Kraemer, OSB #882476
Of Attorneys for Defendants

Page 1 -   STIPULATED ORDER OF DISMISSAL

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

Defense counsel hereby represents to the Court that plaintiff's counsel has consented to this Stipulated Order of Dismissal pursuant to LR 100.6(d).

_/s/ Daniel E. Russell_
Daniel E. Russell, OSB #944264
Attorney for Plaintiff

Page 2 -    STIPULATED ORDER OF DISMISSAL

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499